UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JENNIFER S.,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

No. 1:21-CV-230-H-BU

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) regarding the final adverse decision of the Commissioner of Social Security on May 15, 2023. *See* Dkt. No. 26. Judge Parker recommended that the Court affirm the Commissioner's decision. *Id.* at 1, 13.

Where no specific objections are filed within 14 days after a party is served with a copy, the Court must review the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). No objections were filed within the 14-day period.

The Court has examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 26). The Court affirms the final adverse decision of the Commissioner.

So ordered on August 4, 2023.

                                                                                         JAMES WESLEY HENDRIX
                                                                                         UNITED STATES DISTRICT JUDGE